UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | Civil Action No. 2:14-cv-05114-CDJ |
| Plaintiff, | |
| vs. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.225.236.85, | Hon. C. Darnell Jones, II |
| Defendant. | |

## NOTICE OF APPEARANCE

To the clerk:

Please enter my appearance in the above-captioned matter on behalf of the Defendant.

Thank you,

By: /s/ Leonard French
Leonard J. French
Attorney for Defendant
PA Bar: 312413
The Law Firm of Leonard J. French
442 Hamilton St. #9125
Allentown, PA 18105
Telephone: (610) 537-3537
Facsimile: (888) 262-0632
Email: ljfrench@leonardjfrench.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

Respectfully submitted,

By: _/s/ Leonard French_____
Leonard J. French