UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | Civil Action No. 2:14-cv-05114-CDJ |
| Plaintiff, | § | |
| vs. | § | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.225.236.85, | § § | Hon. C. Darnell Jones, II |
| Defendant. | § § | |

**ORDER**

AND NOW, this _____ day of _____, 2015, upon consideration of Defendant's Motion for an Extension of Time, and Plaintiff's response, it hereby is ordered that the motion is granted. Defendant is granted an extension of time to file its response to Plaintiff's Complaint through January 30th, 2015.

BY THE COURT:

_____
Hon. C. Darnell Jones, II

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | Civil Action No. 2:14-cv-05114-CDJ |
| Plaintiff, | § | |
| vs. | § | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.225.236.85, | § § | Hon. C. Darnell Jones, II |
| Defendant. | § § | |

### MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Philip Fisher, by and through his counsel, Leonard J. French, Esq., moves this Honorable Court for an extension of time to respond to Malibu Media, LLC's Complaint. Defendant states the following in support of his motion:

1. Plaintiff Malibu Media, LLC served its Complaint on Defendant on December 26th, 2014.

2. A response to the Complaint is due on January 16th, 2015.

3. Defendant's counsel has just been retained.

4. Defendant's counsel will be attempting to settle the matter with the Plaintiff.

5. Defendant's counsel will also be preparing an appropriate response to Plaintiff's Complaint.

6. Given the nature of the issues involved with this matter, additional time is required for a full and complete response to the allegations contained in Plaintiff's Complaint.

7. The instant Motion is not intended to cause delay.

8. Plaintiff has given its consent to this Motion.

9. The instant action would benefit from additional time to respond.

WHEREFORE, Defendant respectfully requests this Honorable Court enter the above proposed order, along with any other relief the court deems necessary, just, and proper.

        Respectfully submitted,

        By: /s/ Leonard French
        Leonard J. French
        Attorney for Defendant
        PA Bar: 312413
        The Law Firm of Leonard J. French
        442 Hamilton St. #9125
        Allentown, PA 18105
        Telephone: (610) 537-3537
        Facsimile: (888) 262-0632
        Email: ljfrench@leonardjfrench.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        Respectfully submitted,

        By: /s/ Leonard French
        Leonard J. French
        Attorney for Defendant